Tim A. Pori (SBN 189270)
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA 94590
Telephone: (707) 644-4004

Attorney for Defendant JENNIFER MURPHY-OLIVER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR. S-09-313 FCD |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXCLUDE TIME** |
| JENNIFER MURPHY-OLIVER, | |
| Defendant. | |
| _____/ | |

The parties request that the status conference in this case be continued from June 28, 2010, to August 16, 2010, at 10:00 a.m. They stipulate that the time between June 28, 2010, and August 16, 2010, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review the discovery provided, meet with his client, and investigate the case. Prior to the last stipulation, the government had provided an additional 665 pages of discovery which counsel must review with his client. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests

1

of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A).

Respectfully submitted

Date:  June 23, 2010

/s/   Tim A. Pori
TIM A. PORI
Attorney for Defendant MURPHY-OLIVER

Date:  June 24, 2010

/s/ Paul Hemesath (Authorized 6/24/10)
PAUL HEMESATH
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: June 24, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2