1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, 10th Floor
   Sacramento, California  95814
4  Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  2:09-CR-0313 FCD |
| Plaintiff, | STIPULATION AND ORDER |
| v. | Date: October 4, 2010<br>Time: 10:00 a.m. |
| JENNIFER LYNN MURPHY-OLIVER, | The Hon. Frank C. Damrell, Jr. |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Tim A. Pori, counsel for defendant Jennifer Lynn MURPHY-OLIVER, that the above hearing be rescheduled from this Court's October 4, 2010, calendar, and that the matter be re-calendared for November 8, 2010, at 9:00 a.m.  This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations.

**IT IS FURTHER STIPULATED** that time be excluded between October 4, 2010, and November 8, 2010, pursuant to 18 U.S.C. §

1

3161(h)(7)(A) & (B)(ii)&(iv), Local Code T-4.

Dated: September 29, 2010         /s/ Paul Hemesath
                                  Paul Hemesath
                                  Assistant United States Attorney
                                  Counsel for Plaintiff

Dated: September 29, 2010         /s/ Tim A. Pori
                                  Tim A. Pori
                                  Counsel for Defendant
                                  JENNIFER LYNN MURPHY-OLIVER

**O R D E R**

**IT IS SO ORDERED.**

Dated: October 4, 2010            _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE