BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, 10th Floor
Sacramento, California  95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  2:09-CR-0313 FCD |
| Plaintiff, | STIPULATION AND ORDER |
| v. | Date: November 8, 2010<br>Time: 10:00 a.m. |
| JENNIFER LYNN MURPHY-OLIVER, | The Hon. Frank C. Damrell, Jr. |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Tim A. Pori, counsel for defendant Jennifer Lynn MURPHY-OLIVER, that the above hearing be rescheduled from this Court's November 8, 2010, calendar, and that the matter be re-calendared for November 29, 2010, at 10:00 a.m.  This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation, which is currently in progress, and plea negotiations.

**IT IS FURTHER STIPULATED** that time be excluded between

1

November 8, 2010, and November 29, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii)&(iv), Local Code T-4.

Dated: October 27, 2010        /s/ Paul Hemesath
                               Paul Hemesath
                               Assistant United States Attorney
                               Counsel for Plaintiff


Dated: October 27, 2010        /s/ Tim A. Pori
                               Tim A. Pori
                               Counsel for Defendant
                               JENNIFER LYNN MURPHY-OLIVER


**O R D E R**

**IT IS SO ORDERED.**

Dated: October 28, 2010        _____
                               FRANK C. DAMRELL, JR.
                               UNITED STATES DISTRICT JUDGE