1  **Tim A. Pori (SBN 189270)**
   LAW OFFICES OF TIM A. PORI
2  521 Georgia Street
   Vallejo, CA   94590
3  Telephone: (707) 644-4004

4  Attorney for Defendant JENNIFER MURPHY-OLIVER

5

6                    **UNITED STATES DISTRICT COURT**

7                  **EASTERN DISTRICT OF CALIFORNIA**

8

9  UNITED STATES OF AMERICA,            Case No. 09-00313 FCD

10                 Plaintiff,
                                        **STIPULATION AND ORDER TO**
11 vs.                                  **CONTINUE HEARING AND**
                                        **EXCLUDE TIME**
12 JENNIFER MURPHY-OLIVER

13                 Defendant.

14 _____/

15

16     The parties hereby stipulate that the status conference in this case be continued

17 from February 22, 2011, to April 4, 2011, at 10:00 a.m.  The parties stipulate that the time

18 between February 22, 2011, and April 4, 2011, should be excluded from the calculation of

19 time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served

20 by the Court excluding such time, so that counsel for the defendant may have reasonable

21 time necessary for effective preparation, taking into account the exercise of due diligence.

22 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically,

23 defense counsel has an unexpected family medical issue that he needs to address on

24 February 22, 2011.  Therefore the parties have stipulated to continue the status conference

25 in this case.  The parties stipulate and agree that the interests of justice served by granting

26 this continuance outweigh the best interests of the public and the defendant in a speedy

27

28                                      1

1    trial.  18 U.S.C. § 3161 (h)(7)(A).

2

3                                         Respectfully submitted

4
     Date: February 15, 2011              _/s/    Tim A. Pori_____
5                                         TIM A. PORI
                                          Attorney for Defendant MURPHY-OLIVER
6

7

8    Date:   February 15, 2011            __/s/ Paul Hemesath   (Authorized 2/15/11)
                                          PAUL HEMESATH
9                                         Assistant U.S. Attorney

10

11

12                            **[PROPOSED] ORDER**

13          IT IS HEREBY ORDERED that the Status Conference in the above-entitled

14   matter is continued to April 4, 2011, at 10:00 a.m. before the Honorable Frank C.

15   Damrell.

16

17          IT IS SO ORDERED.

18

19   Dated: February 16, 2011.

20                                         _____

21                                         FRANK C. DAMRELL, JR.
                                           UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28                                        2