1    HEATHER E. WILLIAMS, #122664
Federal Defender
2    LINDA C. ALLISON, #179741
Assistant Federal Defender
3    801 I Street 3rd floor
Sacramento, CA 95814
4    Linda_allison@fd.org
Telephone: 916-498-5700. /Fax: 916-498-5710 **Error! Bookmark not defined.**

5

Attorneys for Defendant
6    JENNIFER MURPHY-OLIVER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-CR-00313-GEB |
| Plaintiff, | UNOPPOSED REQUEST AND [PROPOSED] ORDER TO EXTEND SELF SURRENDER DATE |
| vs. | |
| JENNIFER MURPHY-OLIVER, | Judge: Hon. Garland E. Burrell Jr. |
| Defendant. | |

     Defendant, JENNIFER MURPHY-OLIVER, through Assistant Federal Defender Linda C. Allison, hereby requests an extension of her self-surrender date from June 1, 2018 to Friday, June 22, 2018 by 2:00 p.m. This request is unopposed.

     On April 6, 2018, this Court sentenced Ms. Murphy-Oliver to the custody of the Bureau of Prisons for a term of eight months. The Court provided that Ms. Murphy-Oliver would surrender for the location designated by the Bureau of Prisons on Friday, June 1, 2018 by 2:00 p.m. We have been notified by the Bureau of Prisons that Ms. Murphy-Oliver has been designated to the Satellite Camp in Victorville Medium II SCP.

     Ms. Murphy-Oliver has been compliant and working since sentencing. Her family has just received notice that they will be evicted from their apartment on June 6, 2018. She requests this extension to enable her to find new housing for her family prior to her self-surrender.

Assistant United States Attorney James Conolly has no objection to this request. United States Probation Officer Garey White has been contacted and also has no objection to the extended self-surrender date.

With neither the government nor the Probation Office opposing this request, Ms. Murphy-Oliver requests that this Court extend the current self-surrender date of June 1, 2018 to Friday, June 22, 2018 by 2:00 p.m. A proposed order is attached.

Dated: May 30, 2018

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ *Rachelle Barbour for*
LINDA C. ALLISON
Attorney for Defendant
JENNIFER MURPHY-OLIVER

Dated: May 30, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ James Conolly
JAMES CONOLLY
Assistant United States Attorney

**O R D E R**

The self-surrender date of June 1, 2018 is vacated. Defendant, JENNIFER MURPHY-OLIVER, shall surrender to the facility designated by the Bureau of Prisons or to the United States Marshal Office on Friday, June 22, 2018, by 2:00 p.m.

Dated: May 30, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge